# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Sweet, Robert W. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/09/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge (Senior status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Federal Court House
500 Pearl St - Room 1940
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | The Constitution Works |
| 2. | Member, Board of Directors | World Figure Skating Museum |
| 3. | Member, Board of Managers | Havens Society |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | See note C on Schedule VIII | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pfizer | A | Dividend | J | T | | | | | |
| 2. IBM | B | Dividend | L | T | | | | | |
| 3. Walt Disney Company | A | Dividend | K | T | | | | | |
| 4. AT&T Corp | A | Dividend | J | T | | | | | |
| 5. Alcatel -Lucent | | None | J | T | | | | | |
| 6. 3M | B | Dividend | L | T | | | | | |
| 7. Imation Corp | | None | J | T | | | | | |
| 8. Proctor & Gamble Co | B | Dividend | L | T | | | | | |
| 9. General Electric Co. | A | Dividend | J | T | | | | | |
| 10. LSI Corp | | None | J | T | | | | | |
| 11. Comcast Corp | A | None | J | T | | | | | |
| 12. Smucker J M Company | A | Dividend | J | T | | | | | |
| 13. Amazon.com Inc. | | None | L | T | | | | | |
| 14. Capital Assets Fund (d) | A | Dividend | | | | | | | |
| 15. Federated Capital Reserves (a) | A | Dividend | J | T | | | | | |
| 16. Wells Fargo Company | C | Dividend | L | T | Sold (part) | 10/19/12 | M | F | |
| 17. Amazon.com Inc | | None | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Ishares Comex Gold Trust | | None | L | T | Sold | 12/31/12 | L | E | |
| 19.  Microsoft | B | Dividend | L | T | | | | | |
| 20.  USTN 1.375% TIP 7/15/18 | D | Interest | N | T | Sold (part) | 7/30/12 | M | E | |
| 21.  USTN 1.375% TIP 7/15/18 | | | | | Sold (part) | 9/11/12 | J | B | |
| 22.  Fid. Trust Co Int'l Money Market Fund (a) | A | Dividend | L | T | | | | | |
| 23.  Allied Nevada Gold Corp (short sale) (c) | | None | | | | | | | |
| 24.  RBC Prime Money Market (a) | A | Dividend | L | T | | | | | |
| 25.  Knolls II Villa LP | | None | J | U | | | | | |
| 26.  Estes - Sheridan LP | | None | J | U | | | | | |
| 27.  NP Stratham LLC | E | Distribution | M | U | | | | | |
| 28.  NP Dover LP | E | Distribution | J | U | | | | | |
| 29.  NP Nashua LLC | | None | L | U | | | | | |
| 30.  NP Fairhaven LLC (f) | A | Distribution | | | Closed | 12/31/12 | J | A | |
| 31.  NP Hanson LLC | | None | J | U | | | | | |
| 32.  NP Portfolio Account LLC | F | Distribution | N | U | | | | | |
| 33.  NPS2 LLC | | None | J | U | | | | | |
| 34.  Execwest LLC | G | Distribution | M | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Trust #1 (lines 36 - 144) (b) | E | Distribution | O | T | | | | | |
| 37. 3M | | | | | Buy | 6/28/12 | K | | |
| 38. 3M | | | | | Buy (add'l) | 9/27/12 | J | | |
| 39. Abbott Labs | | | | | Sold (part) | 2/10/12 | J | A | |
| 40. Abbott Labs | | | | | Sold (part) | 8/16/12 | J | B | |
| 41. Abbott Labs | | | | | Sold | 9/27/12 | K | D | |
| 42. Ace Limited | | | | | | | | | |
| 43. Activision Blizzard Inc | | | | | Sold (part) | 2/16/12 | J | A | |
| 44. Agilent Technologies | | | | | Buy | 9/13/12 | J | | |
| 45. Altera Corp | | | | | Sold (part) | 1/9/12 | J | A | |
| 46. Amer Intl Group | | | | | Buy | 9/30/12 | K | | |
| 47. Amer Intl Group | | | | | Buy (add'l) | 10/26/12 | K | | |
| 48. Amer Intl Group | | | | | Buy (add'l) | 11/5/12 | J | | |
| 49. Ameriprise | | | | | Buy (add'l) | 6/18/12 | J | | |
| 50. Ameriprise | | | | | Sold | 10/25/12 | K | C | |
| 51. Amgen | | | | | Sold (part) | 2/10/12 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sweet, Robert W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Amgen | | | | | Sold (part) | 6/15/12 | J | B | |
| 53. Amgen | | | | | Sold (part) | 8/16/12 | J | C | |
| 54. Amgen | | | | | Sold (part) | 9/11/12 | J | B | |
| 55. Analog Devices Inc. | | | | | Buy (add'l) | 6/28/12 | J | | |
| 56. Apache Corp | | | | | Buy | 3/29/12 | J | | |
| 57. Apache Corp | | | | | Sold | 9/11/12 | J | | |
| 58. Apple Inc | | | | | Buy (add'l) | 6/7/12 | J | | |
| 59. Apple Inc | | | | | Buy (add'l) | 6/28/12 | K | | |
| 60. Apple Inc | | | | | Sold (part) | 1/20/12 | K | D | |
| 61. Capital One Financial | | | | | | | | | |
| 62. Cardinal Health Inc | | | | | Sold (part) | 2/10/12 | J | A | |
| 63. Cardinal Health Inc | | | | | Sold (part) | 6/15/12 | J | A | |
| 64. Cardinal Health Inc | | | | | Sold (part) | 6/28/12 | J | B | |
| 65. Cardinal Health Inc | | | | | Sold | 7/13/12 | J | B | |
| 66. Centurylink Inc. | | | | | Sold (part) | 6/28/12 | J | D | |
| 67. Centurylink Inc. | | | | | Sold | 11/16/12 | J | D | |
| 68. Cliffs National Resources | | | | | Sold | 10/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CF Inds Holdings | | | | | Buy | 2/10/12 | K | | |
| 70. CF Inds Holdings | | | | | Sold | 12/20/12 | K | B | |
| 71. Coca Cola | | | | | Buy | 9/12/12 | J | | |
| 72. Coca Cola | | | | | Buy (add'l) | 12/17/12 | J | | |
| 73. Comcast | | | | | Buy | 9/27/12 | K | | |
| 74. Comcast | | | | | Buy (add'l) | 10/10/12 | K | | |
| 75. Comcast | | | | | Buy (add'l) | 12/20/12 | J | | |
| 76. Conagra Food | | | | | Sold | 6/18/12 | J | B | |
| 77. Dell Inc. | | | | | Sold | 7/26/12 | K | | |
| 78. Dish Network Corp. | | | | | Buy (add'l) | 10/10/12 | J | | |
| 79. Dish Network Corp. | | | | | Sold | 12/17/12 | K | D | |
| 80. Disney | | | | | Buy | 12/17/12 | K | | |
| 81. EMC | | | | | Buy | 11/16/12 | K | | |
| 82. Exelis Inc. | | | | | Sold (part) | 1/20/12 | J | B | |
| 83. Exlem Inc. | | | | | Sold (part) | 1/20/12 | J | C | |
| 84. Express Scripts | | | | | Buy | 7/13/12 | K | | |
| 85. Express Scripts | | | | | Sold | 11/16/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Exxon Mobil Corp | | | | | Sold (part) | 1/20/12 | K | E | |
| 87. Exxon Mobil Corp | | | | | Sold (part) | 5/10/12 | J | D | |
| 88. Exxon Mobile Corp | | | | | Sold (part) | 9/17/12 | J | D | |
| 89. Fluor Corp | | | | | Buy (add'l) | 1/20/12 | J | | |
| 90. Fluor Corp. | | | | | Sold | 12/17/12 | K | | |
| 91. Freeport-Mcmran | | | | | Sold | 10/10/12 | J | B | |
| 92. Hershey | | | | | Sold (part) | 1/20/12 | J | A | |
| 93. Hershey | | | | | Sold | 9/13/12 | J | C | |
| 94. ITT Industries | | | | | | | | | |
| 95. IBM | | | | | | | | | |
| 96. Ingersoll Rand | | | | | Buy | 11/16/12 | K | | |
| 97. International Paper Co | | | | | Buy (add'l) | 10/29/12 | J | | |
| 98. International Paper Co | | | | | Buy (add'l) | 12/20/12 | J | | |
| 99. International Paper Co | | | | | Sold (part) | 6/28/12 | K | D | |
| 100. Kla Tencor | | | | | Buy | 9/13/12 | J | | |
| 101. Kroger | | | | | Sold | 7/13/12 | K | | |
| 102. Limited Brands | | | | | Buy (add'l) | 12/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Lorillard | | | | | Buy (add'l) | 1/20/12 | J | | |
| 104. Lorillard | | | | | Sold | 9/27/12 | J | A | |
| 105. Lowes (h) | | | | | | | | | |
| 106. Lyondellbasell Industrie | | | | | Sold (part) | 3/29/12 | J | C | |
| 107. Lyondellbasell Industrie | | | | | Sold | 10/10/12 | J | D | |
| 108. Marathon Oil | | | | | Sold (part) | 11/20/12 | J | B | |
| 109. McDonalds Corp | | | | | Buy (add'l) | 12/17/12 | J | | |
| 110. Merck | | | | | Buy | 6/28/12 | K | | |
| 111. Merck | | | | | Buy (add'l) | 9/27/12 | J | | |
| 112. Microsoft | | | | | Buy (add'l) | 1/20/12 | J | | |
| 113. Microsoft | | | | | Buy (add'l) | 3/22/12 | J | | |
| 114. Microsoft | | | | | Buy (add'l) | 6/28/12 | J | | |
| 115. Motorola Solutions | | | | | Sold (part) | 3/22/12 | J | C | |
| 116. Motorola Solutions | | | | | Sold | 6/18/12 | J | C | |
| 117. Murphy Oil | | | | | Sold | 6/12/12 | J | | |
| 118. NRG Energy Inc | | | | | | | | | |
| 119. Oracle | | | | | Buy | 11/16/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Pfizer | | | | | Buy | 8/16/12 | K | | |
| 121. Pfizer | | | | | Buy (add'l) | 9/27/12 | J | | |
| 122. Phillip Morris | | | | | Buy (add'l) | 1/9/12 | K | | |
| 123. Phillip Morris | | | | | Buy (add'l) | 3/22/12 | J | | |
| 124. Prudential | | | | | Buy (add'l) | 6/18/12 | K | | |
| 125. Prudential | | | | | Sold (part) | 6/28/12 | J | | |
| 126. Prudential | | | | | Sold | 10/6/12 | K | C | |
| 127. Sara Lee | | | | | Sold | 3/22/12 | K | D | |
| 128. Sprint Nextel Corp. | | | | | Sold | 6/28/12 | J | | |
| 129. Target | | | | | Buy (add'l) | 4/26/12 | J | | |
| 130. Target | | | | | Sold | 9/27/12 | K | C | |
| 131. Teredata Corp | | | | | Buy | 11/16/12 | J | | |
| 132. Travelers Co | | | | | | | | | |
| 133. United Technologies | | | | | Sold (part) | 5/10/12 | J | D | |
| 134. United Technologies | | | | | Sold (part) | 7/28/12 | J | D | |
| 135. Unitedhealth Group | | | | | Sold (part) | 5/10/12 | J | C | |
| 136. Unitedhealth Group | | | | | Sold (part) | 7/28/12 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Verizon Comm | | | | | Buy | 2/16/12 | J | | |
| 138. Verizon Comm | | | | | Buy (add'l) | 5/14/12 | J | | |
| 139. WSTN Digital | | | | | | | | | |
| 140. Wal Mart | | | | | Buy (add'l) | 7/13/12 | J | | |
| 141. Wal Mart | | | | | Sold (part) | 1/20/12 | J | A | |
| 142. Wal Mart | | | | | Sold (part) | 4/26/12 | J | A | |
| 143. CMA Money Fund (a) | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. Trust #2 (lines 145 -163) (b) | G | Distribution | P1 | T | | | | | |
| 146. USTN 1.875% due 7/15/19 | | | | | | | | | |
| 147. Apple Inc | | | | | | | | | |
| 148. Comtech Telecomm | | | | | Sold | 2/28/12 | M | E | |
| 149. Gilead Science | | | | | Sold | 11/19/12 | N | G | |
| 150. Medco Health Solutions | | | | | Sold | 2/9/12 | K | D | |
| 151. Microsoft | | | | | | | | | |
| 152. North Colorado Springs Land & Improvemnet Co. | | | | | | | | | |
| 153. Sandisk | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Seagate Tech | | | | | Buy | 10/19/12 | M | | |
| 155. Fiduciary Trust Int'l Money Market (a) | | | | | | | | | |
| 156. Silvercrest Global Fund (formerly MW Global Partners) | | | | | | | | | |
| 157. Pershing Sq LP | | | | | | | | | |
| 158. Canadian Gov't 2.0% due 09/01/12 | | | | | Redeemed | 9/1/12 | M | D | |
| 159. Norweign Gov'6 6.5% due 05/15/13 | | | | | | | | | |
| 160. European Bank Recon & Dvlp 9.25% due 09/10/2012 | | | | | Redeemed | 9/10/12 | L | | |
| 161. SPDR Gold Trust | | | | | Buy | 3/1/12 | M | | |
| 162. JPM Chase Bank-NOK London Time Deposits (e) | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. Trust #3 (lines 164 - 185) (b) | None | | P1 | T | | | | | |
| 165. Fiduciary Trust Int'l Money Market (a) | | | | | | | | | |
| 166. Berkshire Hathaway | | | | | | | | | |
| 167. Dell Inc. | | | | | | | | | |
| 168. Dolby Labs (g) | | | | | | | | | |
| 169. Forest Labs | | | | | | | | | |
| 170. GT Advanced Technology | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Intel Corp. | | | | | | | | | |
| 172. iShares Comex Gold | | | | | Buy | 11/19/12 | L | | |
| 173. Power-One Inc. | | | | | Sold | 2/23/12 | K | | |
| 174. Marvell Technology Group | | | | | | | | | |
| 175. SPDR Gold Trust | | | | | | | | | |
| 176. Estes - Sheridan LP | | | | | | | | | |
| 177. NP Strathan LLC | | | | | | | | | |
| 178. NP Dover LLC | | | | | | | | | |
| 179. NP Nashua LLC | | | | | | | | | |
| 180. NP Fairhaven LLC (f) | | | | | | | | | |
| 181. NP Hanson LLC | | | | | | | | | |
| 182. NP Portfolio Account LLC | | | | | | | | | |
| 183. NPS2 LLC | | | | | | | | | |
| 184. Execwest LLC | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. Citibank money market account | A | Interest | J | T | | | | | |
| 187. Citibank checking account | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  JPMorgan Chase checking account | | None | J | T | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investements and Trusts

(a) = This is a money market type fund with shares remaining at a constant value of $1.00. Purchases and sales, with no gain or loss, were made throughout the year.

(b) = Income beneficiary only.

(c) = On the 2011 report on Schedule VI it was erroneously reported that a short sale _____ of Allied Nevada Gold was uncovered as of 12/31/12. This short sale was closed on 9/2/11 with no gain.

(d) - Money market fund with shares remaining at a constant value of $1.00. Purchases and sales, with no gain or loss, were made throughout the year. No shares were held at year-end.

(e) = A one month JPMorgan Chase Bank - NOK London Time Deposit was purchased 5/23/11 with Value Code M. Upon its maturity the principal and interest was rolled over into the same product and continuously done so upon the maturity of each subsequent monthly time deposit. At 12/31/12, a time deposit due 1/28/13 was held with a Value Code of M.

(f) = Partnership terminated.

(g) = Purchased 10/27/11, Value Code M, and inadvertently omitted from 2011 report.

(h) = On 8/11/11, all remaining shares of Lowes were sold. This was reported on the 2011 report as a "Sold (part)."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert W. Sweet**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544